No. 707. MASSEY *v.* UNITED STATES. February 19, 1934. The order entered February 12 [*post,* p. 669] denying petition for writ of certiorari in this case is revoked. The petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Seventh Circuit is granted, limited to the question presented upon the petition for rehearing. *Messrs. E. F. Colladay* and *William A. McClellan* for petitioner.